FILED
2022 JUN -6 AM 11:28
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:22-mj-2176 |
|---|---|
| Jason Coleman<br>USMS# _____<br>DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/6/2022    8:00 AM    ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☒ Yes ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. §§ 922(g)(1)

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No ☐ Yes    Language: English

7. Year of Birth: 1979

8. Defendant has retained counsel:    ☒ No
   ☐ Yes   Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Bryan Traverso    (please print)

12. Office Phone Number: (951) 232-9018    13. Agency: ATF

14. Signature: *Bryan Traverso*    15. Date: 6/6/2022

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION